No. 193. INTERNATIONAL SALT CO. *v.* OHIO TURN-PIKE COMMISSION. C. A. 8th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari granted. *Robert D. Stiles* on the motion.

No. 199. HARRIS, U. S. DISTRICT JUDGE (WALKER, REAL PARTY IN INTEREST) *v.* NELSON, WARDEN. C. A. 9th Cir. [Certiorari granted, 392 U. S. 925.] Motion of petitioner for appointment of counsel granted. It is ordered that *J. Stanley Pottinger, Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 620. MOORE ET AL. *v.* SHAPIRO, GOVERNOR OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. Because of the representation of the State of Illinois that "it would be a physical impossibility" for the State "to effectuate the relief which the appellants seek," the "Motion to Advance and Expedite the Hearing and Disposition of this Cause" is denied. MR. JUSTICE FORTAS would grant the motion. *Richard F. Watt* on the motion. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Thomas E. Brannigan,* Assistant Attorneys General, for appellees in opposition.

No. 197. BUTENKO *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, 392 U. S. 923.] Motion of petitioner for appointment of counsel granted. It is ordered that *Charles Danzig, Esquire,* of Newark, New Jersey, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.